March 12, 2021

United States Courthouse
300 North Hogan Street
Jacksonville, FL 32202

3:21-CV-310-TJC-JRK

(Deaf prisoner)
Freddie Lee Cephas, DC#149698
F1-102
Suwannee Correctional Institution –
Main Unit
5694 U.S. Hwy 90
Live Oak, FL 32060.

FILED 2021 MAR 19 PM 12:39 U.S. DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE, FL

RE: Challenge the validity of a state judgment of conviction and sentence / under Commonwealth of Virginia Courts.

Dear Clerk,

I am a legally deaf prisoner with english sign language communication skills.

I would like to file the kind of motions in Florida for my criminial case, (whom Florida's Federal courts can take over Virginia's state courts?). My sentenced imposed from Virginia's Law and arrested in Henrico, VA for 2nd degree murder, I was overturned suspended 25 years for 90 days, just happened by Virginia Department of Corrections Interstate Compact sented me into Florida under the agreement on March 10, 2016. Due to Virginia's prisoners threaten my life. I am fighting for my freedom for 10 years due to Virginia's violations of my rights under Americans with disabilities Act, I'm not look into Lawsuit, I wanted to go back to court that they owed me freedom.

Thank you.
CC:

/S/ Freddie L. Cephas
date: 3/12/2021